Gerard P. Fox (SBN 151649)
gfox@gerardfoxlaw.com
Olga Viner (SBN 282423)
oviner@gerardfoxlaw.com
**GERARD FOX LAW P.C.**
1880 Century Park East, Suite 1410
Los Angeles, California 90067
Telephone: (310) 441-0500
Facsimile: (310) 441-4447

*Attorneys for Plaintiff,*
McCandless Group, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCANDLESS GROUP, LLC, a Florida Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ASHLYNN BROOKE SCHUYLER, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-01490-DFM<br><br>**JOINT STIPULATION REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEFENDANT'S RESPONSIVE PLEADING DEADLINE**<br><br>Current response date: December 2, 2022<br><br>New response date: January 10, 2023<br><br>*Filed concurrently herewith with the [PROPOSED] Order Regarding Plaintiff's Second Amended Complaint and Defendant's Responsive Pleading Deadline* |

1

# RECITALS

Plaintiff MCCANDLESS GROUP, LLC ("Plaintiff") and Defendant ASHLYNN BROOKE SCHUYLER ("Defendant"), by and through their respective counsel of record (collectively, the "Parties"), do hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff filed its First Amended Complaint in this action on September 26, 2022 (Dkt. No. 17);

**WHEREAS**, Defendant's current deadline to respond to the First Amended Complaint is December 2, 2022;

**WHEREAS**, the Parties have met and conferred, and counsel for Defendant have agreed to allow Plaintiff leave to file a Second Amended Complaint by December 16, 2022;

**WHEREAS,** the Parties have agreed that Defendant will have until January 10, 2023 to respond to the Second Amended Complaint.

**IT IS HEREBY STIPULATED AND AGREED** to the Court's entry of the accompanying proposed Order that Plaintiff shall file the Second Amended Complaint by December 16, 2022, and Defendant's new responsive pleading deadline is January 10, 2023.

**IT IS SO STIPULATED**.

Dated: December 1, 2022

/s/ Olga Viner
Gerard P. Fox
Olga Viner
GERARD FOX LAW, P.C.
Attorneys for Plaintiff
MCCANDLESS GROUP, LLC

| | | |
|---|---|---|
| 1 | Dated: December 1, 2022 | /s/ Aliya L. Astaphan |
| 2 | | Keith M. Gregory |
| | | Aliya L. Astaphan |
| 3 | | SNELL & WILMER, LLP |
| 4 | | Attorneys for Defendant |
| | | ASHLYNN BROOKE SCHUYLER |

**Attestation Regarding Signatures**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content, and have authorized its filing.

Dated: December 1, 2022                   /s/ Olga Viner
                                          Olga Viner, Esq.