# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCANDLESS GROUP, LLC, a Florida Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ASHLYNN BROOKE SCHUYLER, an individual; and DOES 1-20, inclusive<br><br>Defendants. | Case No. 8:22-cv-01490-DFM<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEFENDANT'S RESPONSIVE PLEADING DEADLINE**<br><br>Current response date: December 2, 2022<br><br>New response date: January 10, 2023 |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Having reviewed the Stipulation of the Parties, and good cause being shown, **IT IS HEREBY ORDERED:**

Plaintiff may file a Second Amended Complaint by December 16, 2022.

Defendant's response deadline, currently December 2, 2022, shall be extended to January 10, 2023.

DATED: _____          _____
                                  Hon. Judge Douglas M. McCormick
                                  United States Magistrate Judge