# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  8:22-cv-01490-DOC-KESx                                        Date: April 12, 2023

Title: McCandless Group, LLC v. Ashlynn Brooke Schuyler et al.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Recorder |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Marina Bogorad | Aliya Laurie Astaphan |

---

**PROCEEDINGS:**     **SCHEDULING CONFERENCE**
                    **MOTION TO DISMISS [30]**

Case is called.  The Court and counsel confer.

Motion to Dismiss is taken under submission [30]

The Court ORDERS opening briefs re jurisdiction to be filed on or before April 18, 2023.

Defendant's response is due 7 days after filing of opening briefs.

Simultaneous replies from both parties to be filed 7 days after response.

The Court's scheduling order to issue.

                                                                    _____:___23___ / :23___
                                                                    Initials of Deputy Clerk kdu