# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCANDLESS GROUP, LLC, a Florida Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ASHLYNN BROOKE SCHUYLER, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-01490-DOC<br><br>Hon. David O. Carter<br><br>**ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE LATE OPPOSITION BRIEF [62]**<br><br>Current response date: April 25, 2023<br><br>New response date: April 27, 2023 |

ORDER

**ORDER**

Having read the Parties' stipulation and having shown good cause, the Court GRANTS Plaintiff leave to file its late response to Defendant's Opening Brief on Lack of Subject Matter Jurisdiction on April 27, 2023 and for Defendant to file her reply seven (7) days later on May 4, 2023.

**SO ORDERED.**

DATED: May 3, 2023

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT COURT